UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>-against-<br><br>BRUCE MELVIN,<br><br>                              Defendant. | **ORDER**<br><br>23 Cr. 204 (PGG) |

PAUL G. GARDEPHE, U.S.D.J.:

        Defendant Bruce Melvin's response to the Government's motion for discovery sanctions (Dkt. No. 86) is due **March 5, 2024**.

Dated:  New York, New York
        March 2, 2024

SO ORDERED.

*Paul S. Gardephe*
Paul G. Gardephe
United States District Judge