UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

UNITED STATES OF AMERICA

-against-

BRUCE MELVIN,

                Defendant.

**ORDER**

23 Cr. 204 (PGG)

---

PAUL G. GARDEPHE, U.S.D.J.:

      The Government is directed to file a reply to Defendant Bruce Melvin's opposition to the Government's motion for discovery sanctions (Dkt. No. 92) by **March 13, 2024**.

Dated: New York, New York
       March 6, 2024

SO ORDERED.

_____
Paul G. Gardephe
United States District Judge