UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
―――――――――――――――――――――――――

UNITED STATES OF AMERICA

-against-

BRUCE MELVIN,

                Defendant.

**ORDER**

23 Cr. 204 (PGG)

PAUL G. GARDEPHE, U.S.D.J.:

        A conference will take place in this matter on **April 1, 2024, at 3:00 p.m.,** in Courtroom 705 of the Thurgood Marshall United States Courthouse, 40 Foley Square, New York, New York.

Dated:  New York, New York
          March 13, 2024

SO ORDERED.

_Paul S. Gardephe_
―――――――――――――――――
Paul G. Gardephe
United States District Judge