

**SPODEK LAW GROUP** P.C.
Treating you like family since 1976

**Todd A. Spodek, Esq.**
Direct Dial: (347) 292-8633
ts@spodeklawgroup.com

March 21, 2024

**BY ECF:**

The Honorable Paul G. Gardephe
United States District Judge
Southern District of New York
40 Foley Square
New York, New York 10007

MEMO ENDORSED

*Defendant Melvin's time to file pretrial motions is extended to April 5, 2024. No further extensions will be granted.*

**SO ORDERED:**

*Paul A Gardephe*

**Paul G. Gardephe, U.S.D.J.**
Dated: *March 21, 2024*

RE:   United States v. Bruce Melvin
Case No.: 23-CR-00204-002
Southern District of New York
<u>Letter Motion Seeking Extension of Time to File Motions</u>

Dear Judge Gardephe:

Please be advised that I represent **Bruce Melvin** in the above captioned action.

Pursuant to the Court's Order (ECF No.: 98), Pre-Trial Motions are due today (<u>March 21, 2024</u>). I previously filed a letter motion seeking extension of time to file motions (ECF No.: 97) and it was granted. However, along with the issues we have had accessing Mr. Melvin at MDC Brooklyn, I am requesting additional time to confer with Mr. Melvin about a potential plea agreement before my office can file these motions. Furthermore, I am requesting additional time due to the Government's recently filed Motion for Discovery Sanctions (ECF No.: 86) and Letter Reply to Mr. Melvin's Opposition to this motion (ECF No.: 103). We seek an extension from the court for this deadline to be moved to <u>April 21, 2024</u>.

I have spoken with AUSA Jacob R. Fiddelman regarding this extension and his office takes no position on the request.

Thank you for your time and consideration in this matter.

Sincerely,
**Spodek Law Group P.C.**
/S/ Todd A. Spodek



**Todd A. Spodek, Esq.**
Direct Dial: (347) 292-8633
ts@spodeklawgroup.com

cc:    All Counsel of Record (By ECF).