UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>-against-<br><br>BRUCE MELVIN,<br><br>      Defendant. | **ORDER**<br><br>23 Cr. 204 (PGG) |

PAUL G. GARDEPHE, U.S.D.J.:

    A continuation of the Curcio hearing in this matter will take place on **April 24, 2024, at 10:30 a.m.**, in Courtroom 705 of the Thurgood Marshall United States Courthouse, 40 Foley Square, New York, New York.  Upon conclusion of the Curcio hearing, an evidentiary hearing will take place related to the Government's motion for discovery sanctions against Defendant Bruce Melvin.  (Dtk. No. 86)

Dated: New York, New York
   April 12, 2024

                 SO ORDERED.

                 _____
                 Paul G. Gardephe
                 United States District Judge