UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

-against-

BRUCE MELVIN,

                            Defendant.

**ORDER**

23 Cr. 204 (PGG)

PAUL G. GARDEPHE, U.S.D.J.:

           As stated at today's evidentiary hearing, the Government's post-hearing briefing is due by **May 1, 2024**.  Defendant Melvin's response is due by **May 8, 2024**.

Dated: New York, New York
       April 24, 2024

                                        SO ORDERED.

                                        Paul G. Gardephe
                                        United States District Judge