UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

-against-

BRUCE SILVA et al.,

              Defendants.

**ORDER**

23 Cr. 204 (PGG)

PAUL G. GARDEPHE, U.S.D.J.:

        In connection with the Government's pending motion for discovery sanctions against Defendant Bruce Melvin (Dkt. No. 86), the Government will make a submission by **June 24, 2024** addressing: (1) whether any Defendants in this case other than Melvin – while in custody at the MDC – were in possession of a contraband cellphone or any other technological means capable of broadcasting online the post-arrest interview of Jordan Bennett; and (2) if so, whether there is any evidence that any Defendants other than Melvin in fact posted that interview online.

Dated: New York, New York
       June 20, 2024

SO ORDERED.

_____
Paul G. Gardephe
United States District Judge