UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>- against -<br><br>BRUCE MELVIN,<br><br>                              Defendant. | **ORDER**<br><br>23 Cr. 204 (PGG) |

PAUL G. GARDEPHE, U.S.D.J.:

The sentencing in this matter scheduled for December 13, 2024 is adjourned to **January 7, 2025, at 11:00 a.m.** The sentencing will take place in Courtroom 705, United States Courthouse, 40 Foley Square, New York, New York. The Defendant's sentencing submission is due on December 24, 2024. The Government's sentencing submission is due on December 31, 2024.

Dated: December 5, 2024
       New York, New York

SO ORDERED.

*Paul G. Gardephe*
Paul G. Gardephe
United States District Judge