UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>- against -<br><br>BRUCE MELVIN,<br><br>                    Defendant. | **ORDER**<br><br>23 Cr. 204 (PGG) |

PAUL G. GARDEPHE, U.S.D.J.:

      Sentencing is adjourned to **February 6, 2025, at 2:00 p.m.**  Defense submissions are due **January 16, 2025**.  The Government's sentencing submission is due **January 23, 2025**.  No further adjournments of the sentencing date will be granted.

Dated: December 20, 2024
      New York, New York

SO ORDERED.

_____
Paul G. Gardephe
United States District Judge