# MORVILLO ABRAMOWITZ GRAND IASON & ANELLO P.C.

ELKAN ABRAMOWITZ
RICHARD F. ALBERT
ROBERT J. ANELLO*
KATHLEEN E. CASSIDY
BENJAMIN S. FISCHER
CATHERINE M. FOTI
CHRISTOPHER B. HARWOOD
LAWRENCE IASON
BRIAN A. JACOBS
TELEMACHUS P. KASULIS
KAREN R. KING
THOMAS A. McKAY
ROBERT M. RADICK*
JONATHAN S. SACK**
EDWARD M. SPIRO
JEREMY H. TEMKIN
RICHARD D. WEINBERG
LISA ZORNBERG

565 FIFTH AVENUE
NEW YORK, NEW YORK 10017
(212) 856-9600
FAX: (212) 856-9494

www.maglaw.com

WRITER'S CONTACT INFORMATION

bjacobs@maglaw.com
(212) 880-9536
#

February 24, 2026

COUNSEL
JOSHUA BUSSEN
PIPPA HYDE***
KEFIRA WILDERMAN
———
RETIRED/PARTNER EMERITUS
PAUL R. GRAND
———
ROBERT G. MORVILLO
1938-2011
MICHAEL C. SILBERBERG
1940-2002
JOHN J. TIGUE, JR.
1939-2009

*ALSO ADMITTED IN WASHINGTON, D.C.
**ALSO ADMITTED IN CONNECTICUT
***ALSO ADMITTED IN ENGLAND AND WALES

**MEMO ENDORSED**

**The Application is granted.**

**SO ORDERED:**

*[signature]*

**Paul G. Gardephe, U.S.D.J.**

Dated: March 2, 2026

**Via ECF**

Hon. Paul G. Gardephe
United States District Court
Southern District of New York
40 Foley Square
Courtroom 705
New York, NY 10007

Re:    *United States v. Melvin*, 23 Cr. 204 (PGG)

Dear Judge Gardephe,

I was appointed as CJA counsel to defendant-appellant Bruce Melvin in his Second Circuit appeal (25-1052) of the judgment entered in the above-referenced matter before Your Honor. I write to request that the Court authorize me to access the sealed portion of Mr. Melvin's plea hearing transcript. In particular, pages 4-9 of the transcript of Mr. Melvin's plea hearing on August 29, 2024 (available at Docket Entries 260 and 272) are sealed. In that sealed portion, the Court questions Mr. Melvin regarding, among other things, the substance of communications between Mr. Melvin and his counsel. The Court asked that the government leave the courtroom for that colloquy. I ordered the transcript from the Court Reporters, but the Court Reporters indicated they will not release the transcript to me without a signed letter from Your Honor. Accordingly, to enable me to fulfill my obligations as CJA counsel to Mr. Melvin in his appeal, I request that the Court authorize the Court Reporters to release to me the sealed portion of the transcript dated August 29, 2024. I note that I entered an appearance in this matter solely for purposes of making this request. In addition, I informed the government of this request and the government has no objection.

Respectfully submitted,

*/s/ Brian A. Jacobs*

Brian A. Jacobs